NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE THOMAS MESSERGES
AND EZZAT A. DABBISH**

---

2011-1287
(Serial No. 10/286,697)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

SCOTT A. MCKEOWN, Oblon, Spivak, McClelland, Maier & Neustadt, P.C., of Alexandria, Virginia, argued for appellants. On the brief were LAWRENCE J. CHAPA, Watson Intellectual Property Group, PLC, of Libertyville, Illinois; and SYLVIA CHEN and ROLAND K. BOWLER,II, Motorola Mobility, Inc., of Libertyville, Illinois.

ROBERT J. MCMANUS, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor and THOMAS W. KRAUSE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 8, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |